AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
MAY 13, 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Plaintiff

v.

JAFFE GROUP, INC. dba
Southwest Realty Management, Inc.,

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: SA-01-CV-325 IV

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff's motion for summary judgment is granted and that within ten (10) days of the entry of this order, Jaffe shall correct its employment practices regarding age discrimination and retaliation; provide the EEOC with reports regarding EEO training and revised EEO policies/procedures; notify its employees of the revised EEO policies; and make paymnet to Crawford and to Kiel in the full amounts reflected in the concilitation agreement.

| May 09, 2002 | William G. Putnicki |
|---|---|
| Date | Clerk |
| | Kathy Cavazos |
| | (By) Deputy Clerk |